**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6160**

UNITED STATES OF AMERICA,

             Plaintiff – Appellee,

    v.

KIARA O. BONDS, a/k/a Ki, a/k/a Ky,

             Defendant – Appellant.

Appeal from the United States District Court for the District of
South Carolina, at Beaufort.    Solomon Blatt, Jr., Senior
District Judge.  (9:04-cr-00294-SB-4)

Submitted:  June 22, 2009            Decided:  June 29, 2009

Before MICHAEL, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kiara O. Bonds, Appellant Pro Se.   Peter Thomas Phillips,
Assistant United States Attorney, Charleston, South Carolina,
for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kiara O. Bonds appeals the district court's order denying her motion for a reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Bonds, No. 9:04-cr-00294-SB-4 (D.S.C. Jan. 12, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED